

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JASON EDWARD SPROLES                                    PLAINTIFF

VS.                                        CIVIL ACTION NO. 3:04-CV-776WSU

JIM BEAM BRANDS CO.
AND JOHN DOES # 1-10                                    DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CASE having come on to be heard on the *ore tenus* motion of the plaintiff, and the defendants, by and through their attorneys, to dismiss the plaintiff's claims with prejudice, and the Court, having considered said motion, and being fully advised in the premises, finds that it is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the claims of the plaintiff herein are hereby dismissed with prejudice as to all defendants, with the parties to bear their respective costs.

SO ORDERED AND ADJUDGED, this the 30th day of November, 2005.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO:

_____
Glen K. Till, Jr., Esq.
Simmons Law Group
5 Old River Place, Suite 203
Jackson, MS 39202

_____
Gary D. Thrash, Esq.,
Singletary & Thrash
Post Office Box 587
Jackson, Mississippi 39205

**ATTORNEYS FOR PLAINTIFF**


_____
Douglas J. Gunn
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, MS 39205

**ATTORNEY FOR DEFENDANT**